1   JODI SIEGNER, Esq., Bar No. 102884
    jsiegner@deconsel.com
2   DeCARLO & SHANLEY,
    a Professional Corporation
3   533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
4   Telephone (213) 488-4100
    Telecopier (213) 488-4180
5

6   Attorneys for Plaintiffs, CARPENTERS
    SOUTHWEST ADMINISTRATIVE CORPORATION
7   and BOARD OF TRUSTEES FOR THE CARPENTERS
    SOUTHWEST TRUSTS
8

JS - 6

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12   CARPENTERS SOUTHWEST        )   SACV 13-0260 JVS (MLGx)
     ADMINISTRATIVE CORPORATION, )
13   a California non-profit corporation; and )
     BOARD OF TRUSTEES FOR THE   )   JUDGMENT
14   CARPENTERS SOUTHWEST        )
     TRUSTS, ,                   )
15                               )
                  Plaintiffs,    )
16                               )
17   v.                          )
                                 )
18   C S CONCRETE SOLUTIONS, INC., a)
     California corporation, also known as )
19   CS CONCRETE SOLUTIONS, INC.; )
     CURTIS LEE STIDHAM, an individual,)
20   also known as CURT STIDHAM; and )
     DOES 1 through 10, inclusive, )
21                               )
                  Defendants.    )
22   _____)

23       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,

24   CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

25   BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

26   have judgment against defendants,C S CONCRETE SOLUTIONS, INC., a

27   California corporation, also known as CS CONCRETE SOLUTIONS, INC.;

28   CURTIS LEE STIDHAM, an individual, also known as CURT STIDHAM, in the

1  amount of $197,237.21, plus interest from December 1, 2013 through July 2, 2014

2  at the rate of 7%, accruing at the rate of $39.72 per day in the amount of $8,380.92,

3  attorneys fees in the amount of $7,544.74,  for a total of $213,162.87, plus costs.

4

5  DATE: July 21, 2014                    _____

6                                         THE HONORABLE JAMES V. SELNA
                                          UNITED STATE DISTRICT JUDGE

7

8

9  Presented by,

   DeCARLO & SHANLEY
10 A Professional Corporation

11

12

13 By: __/s/ Jodi Siegner_____
       JODI SIEGNER
14     Attorney for Plaintiffs,  Carpenters
       Southwest Administrative Corporation
15     and Board of Trustees for the Carpenters
       Southwest Trusts

16

17

18

19

20

21

22

23

24

25

26

27

28